**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02450-AP

MARVIN OGDEN,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | |
|---|---|
| Michael W. Seckar<br>Attorney for Plaintiff<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>Telephone: (303) 454-0184<br><br>NADIA N. SULLIVAN<br>Special Assistant U. S. Attorney<br>nadia.sullivan@ssa.gov<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-1949 |

For Defendant:

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** October 8, 2010.
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** November 16, 2010.
    C.    **Date Answer and Administrative Record Were Filed:** January 20, 2011.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:** To the best of his knowledge, the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**    None anticipated.
**Defendant states:**  None anticipated.

**6.    STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    BRIEFING SCHEDULE**

    A.    **Plaintiffs Opening Brief Due:** March 21, 2011.
    B.    **Defendant's Response Brief Due:** April 21, 2011.
    C.    **Plaintiffs Reply Brief (If Any) Due:** May 6, 2011.

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of February, 2011.

BY THE COURT:

*s/John L. Kane* _____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael W. Seckar<br>Michael W. Seckar<br>Attorney for Plaintiff<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br><br>By: s/Nadia N. Sullivan<br>    NADIA N. SULLIVAN<br>    Special Assistant U. S. Attorney<br>    Office of the General Counsel<br>    Social Security Administration<br>    1001 Seventeenth Street<br>    Denver, CO 80202<br>    Telephone: (303) 844-1949<br>    Nadia.sullivan@ssa.gov<br>    Attorneys for Defendant. |